UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JUL 0 7 2023

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

(1)  Bing Chen

11169 Captains Walk CT, North Potomac, MD 20878,

Phone:929-222-8864, Email:lawyerchen518@gmail.com

(2) Jie Chen

11169 Captains Walk CT, North Potomac, MD 20878,

Phone:301-250-3306, Email:JieChen0518@gmail.com

Plaintiffs,

Civil Action No. TJS 23 CV 1838

Vs.

Complaint

Racial Discrimination

Defendants

(1). Commodore Management Company, Inc.

1001 Rockville Pike, Ste 503, Rockville, Maryland, 20852.

Phone: (301) 424-3600.

(2)Woodmont Park, Inc.

1001 Rockville Pike, Ste 503, Rockville, Maryland, 20852

Phone:301-424-4255

Plaintiffs

1. Plaintiffs Profile

(1) Bing Chen, a Maryland resident, lived at Woodmont Park

Apt 1819 from October 2014 to April 2023.

(2) Jie Chen, a Maryland resident, lived in Woodmont Park

1

Apt 1819 from October 2014 to April 2023.

## Defendants

2. Defendants Profile

(1). Commodore Management Company, Inc. is the landlord of Woodmont Park Apartments.

(2).Woodmont Park, Inc. is the property management company for Woodmont Park Apartments.

## TABLE OF CONTENTS

The Parties..................................................................................1
Table of Contents… …...............................................................2
Table of Authorities....................................................................2
Jurisdiction.................................................................................3
The Complaint............................................................................3
Statement of Facts .....................................................................4
Appointment of Attorney by Court………………………………17
Prayer for Relief........................................................................17
Jury Demanded ………………………………………………….18

## Table of Authorities

Cases

Jones v. Alfred H. Mayer Co., 392 U.S. 409 (1968)....................16

**Phillips v. Starbucks Corp** ................................................................... 17

**Owen Diaz vs. Tesla** ........................................................................ 17

## Statutes

The Fourteenth Amendment to the United States Constitution ................................................................... 12

The Civil Rights Act of 1964 ................................................................ 13

The Fair Housing Act 42 U.S.C. §§ 3601-19 ........................ 12、16

18 U.S. Code § 1623 - False declarations ................................ 13

18 U.S. Code § 401 Contempt of court .................................... 15

## Jurisdiction

The Plaintiffs are Maryland residents and the Complaint concerns a Racial Discrimination case. The defendants are companies in Maryland. This Court has jurisdiction under 42 U.S.C. 3601-19 for this Racial Discrimination case and under 28 U.S.C. § 1391.

## Complaint

3. For the sake of freedom and justice, in May 2014, I immigrated to the United States with my wife, Jie Chen, and son Martin. From October 2014 to April 2023, we rented the

defendant's Woodmont Park Apt 1819 room for eight and a half years.

In August 2015, the youngest son Martin was born. We come from China where the one-child policy is enforced, and we regard this son as the best gift God has given us. We have never been in arrears with the defendant's rent, but for several years, our family has encountered a series of acts of inequality, injustice, discrimination, harm, and intimidation by the defendants, which have caused very serious harm to our family, especially to the childhood memories of our sons, which are difficult to make up for.

4. In September 2014, we signed an Agreement of Lease with the defendant, Commodore Management Company, Inc. The defendants did not provide the plaintiffs with a Landlord-Tenant Handbook in accordance with the provisions of the Department of Housing and Community Affairs of Montgomery County, Maryland. We are not clear the tenant's rights, obligations, and protection rights. We did not find out about the landlord-tenant handbook that the defendants were obliged to provide until we were preparing the lawsuit.

5. At the beginning of 2016, the vanity in the bathroom of the 1819 room was rusted and leaked water due to the aging

metal water pipe. After several requests for repairs, the defendant replaced the vanity but issued a bill for $225 to us. We complained to Housing and Community Affairs, and they advised us to prosecute the defendant.

6. In December 2017, there was an error in the check for paying the rent. When I found out and immediately changed the check to pay the rent. The defendant refused to accept our check and asked to pay with money order. We refused. The defendant, Commodore Management Company, Inc., sued us, maliciously requesting to pay unreasonable fees such as vanity replacement and requesting to pay the rent with money order, all of which were rejected by the court.

7. In the next few years, except for the refrigerator, food disposal, lamp, etc. that were broken, and the defendant had to repair immediately, other natural damages in the room were reported to them and asked to be repaired. Sometimes defendant staff came to see but did not repair. We think this is their revenge for us complaining about them, more discrimination.

8. At the beginning of 2021, room 1819 was broken in many places: the bathroom door was broken, and my wife in the bathroom could be seen from outside, and it was also the same when guests came to use the bathroom, which was very

embarrassing; the door of the two boys' room could not be closed,child also have the right to privacy; the kitchen, the sand window, and the shutters of three windows are broken; the closet cabinet cannot be closed; the kitchen wall is cracked, and the bathroom floor is cracked and so on, which seriously affects the normal life of my family. We have asked for repairs many times, but they will not come to repair.

9. At the same time, the more serious problem was that cockroaches appeared in the room, and the defendant was asked to deal with many times. Except for their uniform and routine extermination, they did not carry out any treatment or solution, so when the kitchen, computer desk, dining table, study table, bookshelf, and even cockroaches were found in bed, we felt the room was hell on earth! We bought Trap-A-Roach Hohhot cockroach killer, electronic cockroach repellent, and other ways to control the disaster cockroaches, and we spent a lot of money on this. My wife also sees mice at night.

10. After we asked the defendants to change rooms several times, the defendants agreed and asked us to check and confirm room 1303. We submitted the application form and paid a check for the application fee of $15. However, when the defendant's staff checked our room in 1819 and

pointed out that there were pictures posted and drawn on the wall by my children. The defendant emailed us: "We are canceling your transfer application at the moment. Please come pick up your check for $15.00 here at the office."

11. The house is seriously damaged and infested with insects, making it unsuitable for living. The defendants refused our transfer application and also did not fulfill the maintenance responsibility. We chose not to pay rent between March and July 2022 in protest. Until the end of July 2022, the defendants repaired the main problems in the room, including the replacement of two doors. From August 2022 until April 2023, we paid the rent on time.

12. On July 29, 2022, Woodmont Park, Inc. sued us for the first time for the payment of five months rent during the period 3/2022–7/2022. When the court was held, the defendant's attorney changed the claim to 2 months' rent on the grounds that had already paid 3 months' rent. I pointed out that this was false and asked the judge to punish the defendant for lying, but no. We asked to countersued the defendant in court, and the judge replied, "It has expired"(Subsequent inquiries show that small claims cases can be counterclaimed in court). I presented evidence in court to prove that the defendants failed to fulfill its statutory

7

responsibilities, the house is not habitable, we have the right to refuse to pay the rent, and the landlord and the tenant have equal rights and obligations. The defendant's inaction seriously prejudiced our rights, and we request that their claims be dismissed. However, we believe that the court unfairly upheld their request for two months' rent. Our application for review was denied, Court records: IMPROPER PROCEDURE TO RAISE ISSUE.

13. We emailed the defendant, and we are willing to mediate to resolve the dispute, but the defendant did not reply, and more lawsuits came to us.

14. On September 30, 2022, the defendant falsely sued us for the second time for 3 months rent for the period 8/2022–10/2022. The court was held on 12/28/2022, and the defendant posted the indictment at our door on 12/23. The updated hearing notice, "copies mailed on 11/17/2022," was false. The defendant obstructed justice and failed to deliver the indictment on time, according to the law. It made us unable to countersued the defendant, unable to apply for translation 15 days in advance, and at the same time, important work conflicted with the court session, so we were unable to appear in court and do not know the outcome of the case.

8

15. On December 02, 2022, The defendant falsely sued us for the third time.The defendant sued us for the rent for November and December of 2022– On March 7, 2023. I went to the court to consult with a legal aid lawyer. She found out that the court had issued an Eviction Order. We were very shocked and very scared. This meant that our two sons, who were in elementary and high school, were facing homelessness, They couldn't go to school!

16. The court's Eviction Order is based on the judgment of the defendant's second false lawsuit on December 28, and we were not notified according to the law to attend the hearing, and no Eviction order was served. This is clearly intentional, the defendants failure to notify us of our preparations for court defense and deportation humiliates us, seriously impedes justice, and damages judicial justice.

17. We provide a copy of the check for rent paid 8/2022–10/2022 in the motion for hearing of the eviction order. Court record: "SET FOR HEARING ON DAY, COUNSEL IS IN L&amp;T COURT ON OTHER CASES. TENANT IS SUBJECT TO SANCTIONS IF REPRESENTATIONS ARE INCORRECT." The next day, "Landlord's Line of Consent to Recall Warrant of Restitution."

18. On March 2, 2023, the defendant falsely sued for the fourth time, for rent for January–February 2023. During the trial, I requested dismissal of the lawsuit. The defendant requested a second hearing, and the judge decided to hold a second hearing. After I waited for several hours for the court session, the judge pronounced the case closed. I asked if the defendant must be sanctioned for the false lawsuit, and the judge said that the dismissal of the case was a sanction. Look over the court record that defendant withdrew the lawsuit themselves.

19. On March 27, 2023, the defendant gave us a Notice to Quit and Vacate saying, "You could be subject to eviction by the Sheriff's Department before the termination date." May 31, 2023. My wife cried a lot because of it. We had to scramble to find other housing, or the four of us faced being kicked out onto the street. The judge later told me in court that the defendant has no right to deport us without his order. This is the defendant illegally threatening us to move out of Room 1819 with an eviction order.

We left woodment Park in the rain and blood at the end of April 29 in a hurry to be forced to move, my hand was injured and bleeding profusely. My youngest son changed schools and had difficulty adapting to the new environment. It was

difficult for our eldest son, who was in the 8th grade of high school, to transfer schools. It took us nearly two hours to drive to and from Rocville High School every day. I work at home, one car is enough for my family, but now we have to buy another car and insurance, increasing costs.

20. On April 18, 2023, the defendant notified hundreds of MOODMONT PARK tenants that they wanted pest control services and required prior preparation. My home was not prepared to meet their requirements. The defendant was notified of a fine of $50. No other renters were fined.

21. 05/02/2023, the defendant's fifth sham lawsuit us for rent payment for March–April 2023. I first went to the court to apply for translation. On my second trip to court, I waited a few hours for other cases to be judged. The judge asked me what the case was, and I delivered the indictment. After checking, the judge told me that the case had been withdrawn. The third time, I went to the court to inquire about the cancellation record of the case.

22. A case concerning a dispute over five months' rent of about $8,250. The defendants filed five false lawsuits to become five cases, demanding to pay 16 months' rent of $27,296.50. Three cases were withdrawn, and they did not

notify us according to the law. Playing and harassing us with false lawsuits, This is very serious discrimination.

23. Racial discrimination in the United States is deeply rooted, ranging from the enslavement of black people, racial segregation, the Chinese massacre of 1871, and the Chinese Exclusion Act, to the recent surge in hateful and violent incidents targeting Asians.

24. From equality before God to equality before the law, human civilization has made great progress of human civilization.The Equal Protection Clause is a key provision of the United States Constitution, specifically found in the Fourteenth Amendment. The Equal Protection Clause is designed to ensure that all individuals are treated equally under the law, and that no state government can enact or enforce laws that discriminate against particular groups or individuals. This clause has been interpreted by the courts to prohibit various forms of discrimination based on race, color, national origin, sex, religion, and other protected characteristics.The Equal Protection Clause has played a significant role in shaping civil rights and anti-discrimination laws in the United States. It has been used as a legal basis to challenge discriminatory practices in

areas such as education, employment, housing, voting rights, and criminal justice.

25. The Civil Rights Act of 1964 is landmark legislation that prohibits discrimination on the basis of race, color, religion, sex, or national origin in various areas.

26. In the United States, laws prohibiting racial discrimination in housing are primarily enforced through the Fair Housing Act (FHA), which is part of the Civil Rights Act of 1968. The FHA prohibits discrimination in the sale, rental, financing, or advertising of housing based on race, color, religion, sex, national origin, familial status, or disability. FHA, a refusal to make reasonable accommodations in rules, policies, practices, or services, when such accommodations may be necessary to afford such a person equal opportunity to use and enjoy a dwelling.

27. The illegal behavior of the defendants in paragraphs 5–22 is complete racial discrimination. Because We are new immigrants from China, not fluent in English, do not know the relevant laws of the United States, and defendants retaliate against our administrative complaints and prepare to counterclaim. The defendants obstructed justice through multiple false lawsuits, lying in court, failure to serve suits in accordance with the law, failure to serve deportation order hearings, and dismissal of cases without notice. Defendant's personnel suspected of a criminal offense under 18 U.S. Code

§ 1623 (false declarations before a grand jury or court, fraudulent claims), violated the legal interests of the plaintiffs, the circumstances were particularly bad, and caused serious harm and loss to our family.

28. Specifically, in the case of the defender's discriminatory conduct is as follows:

(1): The defendant did not provide the landlord-tenant handbook, it is racial discrimination.

(2): They illegally asked us to pay Vanity Replacement $225, It is racial discrimination.

(3): Requiring a Money Order to pay the rent is racial discrimination.

(4): Retaliating against us because we have filed a fair housing complaint is discrimination;

(5): Failure to maintain or repair is racial discrimination;

(6): Not in time to eradicate cockroaches, harming our health, and racial discrimination;

(7): Because we have two children in our family, defendant "cancelling your transfer application" is discrimination for familial status (children);

(8): Five false prosecutions in one case, greatly exceeding the actual disputed rent, which is racial discrimination, and harassment, lying in court, and obstructing justice, suspected of a criminal offense. This is where the circumstances of this case are particularly serious.

(9): Deliberately failing to serve the court notice of the Eviction Order hearing, and using false information to deceive the court about the order is racial discrimination. The defendants deliberately attempted to deport us without our having made any psychological preparations, humiliating the whole family, especially the two children.

(10): False lawsuits are racist;

(11): Dismissal of case without notice, Let us go to court for nothing, it is racial discrimination.

(12): Illegally threatening us with eviction is racial discrimination;

(13): The defendant has sued and withdrawn the lawsuit many times, and the withdrawal of the lawsuit without notifying us is not only racial discriminatory, but also publicly humiliating;

(14): "Wasn't prepared for pest clean-out" fine of $50 is racial discrimination;

These actions of the defendants are obviously intentional and illegal, not only is it racial discrimination, but false lawsuits and other illegal acts are also illegal acts under Contempt of Court (18 U.S. Code § 401), and making false statements in court is a crime. It not only damages the interests of the plaintiffs, but also damages the rule of law in the United States.

29. The defendant's illegal conduct has been multiple, repetitive, and long-term, even potentially constituting criminal offenses and constituting race discrimination and retaliation in violation of the Civil Rights Act of 1964 and the federal Fair Housing Act.

30. Jones v. Alfred H. Mayer Co., 392 U.S. 409 (1968), This decision helped establish federal protection against housing discrimination based on race.

31. The behavior of the defendants caused our family emotional distress: anger, sadness, frustration, depression, reduced self-esteem, stress and trauma, self-blame, hypervigilance, and fear. It caused economic losses, wasted a lot of time, and increased the cost of living, which seriously affected our normal Live, work and study. Information about

the defendant's prosecution in our cases was made public online, which lowered our social reputation and credit records, and made it difficult for us to find housing. These have seriously disturbed our family's life, work, and study, and affected family relationships, especially causing long-lasting emotional and physiological effects on our two children, causing very serious damage and loss to our family, and leaving a lasting impression on our children's childhood, an indelible shadow.

32. The defendants' behavior is more serious than the discrimination cases in housing on the U.S. Department of Justice website, and more harmful than the discrimination cases of Phillips v. Starbucks Corp. and Owen Diaz vs. Tesla. The two defendants should bear legal responsibility.

33. Pursuant to 42 U.S. Code § 3613(b), apply for the appointment of an attorney by the court.

34.                  Prayer for Relief

(a) The defendants make a public apology and eliminate the bad record;

(b) Bear the litigation costs of this case and the plaintiff's attorney's fees.

(c) the reasonable and necessary cost of the suit;

(d) Compensatory damages: $800,000.

(e) Punitive Damages: $6 million.

We will donate the above compensation ((d) + (e)) to charitable research and education institutions.

### JURY DEMAND

I declare, under penalty of perjury, that the allegations in the complaint are true.

Respectfully submitted

Dated: July 6, 2023

Bing Chen